IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15CV3111 |
| vs. | |
| 19.03 ACRES OF LAND MORE OR LESS IN THE COUNTY OF HOLT, State of Nebraska, et al., | ORDER |
| Defendants. | |

This matter is before the court on the plaintiff's Motion for Order to Deposit Funds (Filing No. 5). For good cause shown and pursuant to NECivR 67.1 and 28 U.S.C. § 2041,

**IT IS ORDERED**:

1. The plaintiff's Motion for Order to Deposit Funds (Filing No. 5) is granted.

2. United States Treasury Check No. 403046967277, dated July 24, 2015, in the amount of $69,600.00, shall be deposited by the Clerk into the Registry of the Court. The Clerk shall not deposit these funds into an interest bearing account.

Dated this 18th day of September, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge